August 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00571-CR                               V.
NO. 14-12-00573-CR

GARY GATES, Appellee

_____

Today the Court heard its own motion to dismiss the appeals from the orders signed by the court below on May 16, 2012. We order the appeals **DISMISSED** for want of jurisdiction.

We further order that all costs incurred by reason of these appeals be paid by appellant, the State of Texas.

We further order this decision certified below for observance.